# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**USA,**

v.

**ANDREW GABLER**

**SUMMONS IN A CRIMINAL CASE**

Criminal Number:  **1:19–CR–00020–SPB**

YOU ARE HEREBY SUMMONED to appear for Arraignment and to Post Bond:

PLACE: Richard A. Lanzillo
  Courtroom No. C, 2nd Floor
  Date: 8/26/2019, Time: 10:00 am

U. S. Courthouse
17 South Park Row
Erie, PA 16501

TO ANSWER A(N)

☑ Indictment    ☐ Information    ☐ Other (A Copy of Which Is Enclosed)

YOUR ATTORNEY MUST BE PRESENT.

IF YOU REQUIRE COURT–APPOINTED COUNSEL, YOU MUST APPEAR BEFORE THE DUTY MAGISTRATE JUDGE **BETWEEN 9:00 A.M. AND 3:00 P.M.** , AT LEAST ONE WEEK PRIOR TO THE SCHEDULED ARRAIGNMENT SO THAT AN APPLICATION FOR THE APPOINTMENT OF COUNSEL MAY BE MADE, AND COUNSEL SECURED IN TIME TO BE PRESENT AT THE ARRAIGNMENT.

**YOU MUST ALSO CALL PRETRIAL SERVICES AT 1–866–317–4791.**

Carina E. Loushe
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*Carina E. Loushe*
Signature of Issuing Officer

08/14/2019    Johnstown
Date and Location